UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



RECEIVED

JUL 21 2014
7-21-14 eu

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Daniel D. Hurt
A91041 P.O.Box 500
Vandalia IL ~~36174~~ ~~36147~~ (62471)

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

14-cv-5589
Judge Thomas M. Durkin
Magistrate Judge Mary M. Rowland

vs.

Dan Madigan
Officer Willmore
Champaign county sheriff
Champaign ILL
61801
R.N. Sue admn. Nurse

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331(a) U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

1

I. Plaintiff(s):

   A. Name: Daniel D. Hunt

   B. List all aliases: n/A

   C. Prisoner identification number: A91041

   D. Place of present confinement: Vandalia Corr. Cent.

   E. Address: P.O. Box 500 Vandalia IL 62471

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Dan Mahougian
      Title: Champaign County Sheriff
      Place of Employment: Champaign IL 61801

   B. Defendant: Officer Willmore
      Title: Corrections Officer
      Place of Employment: Champaign County Jail

   C. Defendant: Sue R.N.
      Title: Administrative nurse
      Place of Employment: Champaign County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (✓) NO ( ) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (✓) NO ( )

C. If your answer is YES:

1. What steps did you take?
Wrote grievance at county jail, Received answer.

2. What was the result?
no steps were taken,

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)
Have not heard any more about grievance transfered to E.O.D.F.C.

D. If your answer is NO, explain why not:

3

E. Is the grievance procedure now completed? YES (✓) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES ( ) NO ( )

G. If your answer is YES:

1. What steps did you take?
   N/A

2. What was the result?
   N/A

H. If your answer is NO, explain why not: N/A

4

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: none

B. Approximate date of filing lawsuit: none

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: none

D. List all defendants: none

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): none

F. Name of judge to whom case was assigned: none

G. Basic claim made: none

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): none

H. Approximate date of disposition: none

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

5

V.   Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On April 16, 2014, I was arrested for trespassing and sent to Champaign County Jail. I asked for medical attention, because I suffer from chronic back pain, spinal stenosis in my neck, and I have been diagnosed with a mental illness, that I take medication for. I informed the staff at Champaign County Jail and asked for treatment. I was refused any medical help on 16 April 2014. I have been in this jail since 16 April, 14. It is now 19th April, 14. I have asked to go the emergency room. I have been 3 days without any of my medication, my body is in severe pain and my mind is playing tricks on me. I was again refused medical att. It is now 20 April, 14, I asked nurse on duty about my medication, to get a pain reliever, she said they don't have anything for me. I asked them to contact Community Elements located in Champaign, Illinois at

6

80) B. Walnut they provide my mental illness medication. It is now 8:00 p.m. on 20th April I have been here 4 days with no medical help. I spoke to Officer Willmore and he seemed to find it amusing about my situation, and said he would inform his Sargent, and to spell his name not right. It is now 21 April a nurse has given me 2 tylenol and they still refuse to take me to the E.R. On 22 April I finally saw the Dr. of the county jail, and the doctor told me he could not give any pain medication because I have been diagnosed with Hepatitis C. He said it would damage my liver. But the doctors who treat me have prescribed pain medication for my back, along with my mental illness meds. I wrote a grievance on the 25th of April. And on 28 April I signed up for sick call and I finally went to sick call on or about may 7, H, they finally gave me the medication I take. From April 16th to May 7th I was in severe pain.

7

VI.  Relief:

State briefly exactly what you want the court to do for you.  Make no legal arguments. Cite no cases or statutes.

I want an investigation in being denied proper medical treatment according to I.L.C.S. 730 code of corrections. I want to be monetary paid for the pain and suffering being denied my medication for 21 days. I want the sheriff and his staff held accountable for their negligence along with the nurses so no one else has to endure these problems.

I declare under penalty of perjury that all facts given in the complaint are true and correct.

Signed this 15 day of July, 2014

Daniel D. Hunt
(Signature of plaintiff or plaintiffs)

A91041
(I.D. Number)

P.O. Box 500
Vandalia IL 62471
(Address)

8