5590-2
KEF

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | | |
|---|---|---|---|
| DANIEL D. HUNT, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | Law No.: | 14-CV-2229 |
| | ) | | |
| DAN MADIGAN, et al., | ) | | |
| | ) | | |
| Defendants. | ) | | |

<u>ANSWER PURSUANT TO MERIT REVIEW ORDER OF
MAY 27, 2015, ADDRESSING PLAINTIFF'S
COMPLAINT AND AFFIRMATIVE DEFENSES</u>

NOW COME the Defendants, OFFICER JUSTIN WILLMORE and DAN WALSH, individually and in his official capacity as Champaign County Sheriff, by their attorney, Keith E. Fruehling of HEYL, ROYSTER, VOELKER & ALLEN, and hereby provide this Answer Pursuant to the Merit Review Order entered May 27, 2015, mandating an Answer to the Plaintiff's Complaint, and in further support thereof, state as follows:

1. On May 27, 2015, this Court entered a Merit Review Order regarding Plaintiff's Complaint. In said Order, this Court ruled that the Plaintiff may proceed on his claim that the above-referenced Defendants were allegedly deliberately indifferent to his serious medical need arising from the alleged refusal to provide medications. Moreover, the Court further ruled "Any additional claims shall not be included in the case . . . ."

ANSWER: The above-referenced Defendants deny the claim that they individually or in concert violated the Plaintiff's rights by being deliberately indifferent to his serious medical

needs. In addition, these Defendants deny the factual basis set forth in the Plaintiff's allegations of the Complaint. Finally, Defendants deny that the Plaintiff suffered any damages.

2. As set forth above, Plaintiff's claim of deliberate indifference to his serious medical condition is the only claim allowed pursuant to the Text Order and Scheduling Order entered on May 27, 2015.

ANSWER: Accordingly, these Defendants make no answer to any other claim as none exist.

WHEREFORE, the Defendants, OFFICER JUSTIN WILLMORE and DAN WALSH, individually and in his official capacity as Champaign County Sheriff, respectfully request that this Court enter judgment on their behalf and against the Plaintiff, DANIEL HUNT, denying him the relief that he prays for in his Complaint, for costs, and any other relief the Court deems fit.

THESE DEFENDANTS DEMAND A TRIAL BY JURY

## AFFIRMATIVE DEFENSES

NOW COME the Defendants, OFFICER JUSTIN WILLMORE and DAN WALSH, individually and in his official capacity as Champaign County Sheriff, by their attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and pursuant to Federal Rule of Civil Procedure 8(b) and (c), these Defendants set forth their Affirmative Defenses as follows:

1. To the extent Plaintiff has failed to exhaust his administrative remedies, these Defendants are entitled to judgment as a matter of law.

2. Based on the Complaint, it is not entirely clear that the Plaintiff seeks claims for monetary damages against Defendants, OFFICER JUSTIN WILLMORE and DAN WALSH, individually and in his official capacity as Champaign County Sheriff, both of whom were

allegedly involved with providing medical and/or correctional services to the Plaintiff at the Champaign County Correctional Center. These claims are barred by qualified immunity.

THESE DEFENDANTS DEMAND A TRIAL BY JURY.

OFFICER JUSTIN WILLMORE and
DAN WALSH, individually and in his official
capacity as Champaign County Sheriff,
Defendants

s/ Keith E. Fruehling_____
Attorney for Defendants
ARDC #6216098
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: kfruehling@heylroyster.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 27, 2015, I electronically filed the foregoing ANSWER PURSUANT TO MERIT REVIEW ORDER OF MAY 27, 2015, ADDRESSING PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Daniel D. Hunt
#A91041
Vandalia Correctional Center
Inmate Mail/Parcels
P.O. Box 500
Vandalia, IL  62471

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Mr. Daniel D. Hunt
#A91041
Vandalia Correctional Center
Inmate Mail/Parcels
P.O. Box 500
Vandalia, IL  62471

      s/ Keith E. Fruehling_____
      Attorney for Defendants
      ARDC #6216098
      Heyl, Royster, Voelker & Allen
      Suite 300
      102 E. Main Street
      P.O. Box 129
      Urbana, IL 61803-0129
      217-344-0060 Phone
      217-344-9295 Fax
      E-mail:  kfruehling@heylroyster.com

28302655_1