5590-2
KEF/tlp

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DANIEL D. HUNT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Law No.:   14-CV-2229 |
| ) | |
| DAN MADIGAN, et al., ) | |
| ) | |
| Defendants. ) | |

ANSWER PURSUANT TO MERIT REVIEW ORDER OF MAY 27, 2015, ADDRESSING PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES

NOW COMES the Defendant, SUSAN SWAIN, by her attorney, Keith E. Fruehling of HEYL, ROYSTER, VOELKER & ALLEN, and hereby provides this Answer Pursuant to the Merit Review Order entered May 27, 2015, mandating an Answer to the Plaintiff's Complaint, and in further support thereof, states as follows:

1. Plaintiff's Complaint names Defendant by name and one "Sue Admin. Nurse."

2. This Court's Merit Review Order of May 27, 2015 allows the case to proceed against Officer Willmore (one of the named Defendants), and substitutes Sheriff Daniel Walsh for the person that Plaintiff named, namely: Dan Madigan.

3. On July 17, 2015, this Court ordered the undersigned to inform the Court whether the undersigned would be entering a formal appearance on behalf of "Sue Admin. Nurse."

4. Since the time of that Order, the undersigned has been contacted and retained to represent the person likely to have been referred by Plaintiff in his Complaint.

5. That person has also authorized the undersigned to enter an appearance on her behalf notwithstanding the partial identifying name in Plaintiff's Complaint.

6. On May 27, 2015, this Court entered a Merit Review Order regarding Plaintiff's Complaint. In said Order, this Court ruled that the Plaintiff may proceed on his claim that the above-referenced Defendants were allegedly deliberately indifferent to his serious medical need arising from the alleged refusal to provide medications. Moreover, the Court further ruled "Any additional claims shall not be included in the case . . . ."

ANSWER: The above-referenced Defendant denies the claim that she individually or in concert violated the Plaintiff's rights by being deliberately indifferent to his serious medical needs. In addition, Defendant denies the factual basis set forth in the Plaintiff's allegations of the Complaint. Finally, Defendant denies that the Plaintiff suffered any damages.

7. As set forth above, Plaintiff's claim of deliberate indifference to his serious medical condition is the only claim allowed pursuant to the Text Order and Scheduling Order entered on May 27, 2015.

ANSWER: Accordingly, Defendant makes no answer to any other claim as none exist.

WHEREFORE, the Defendant, SUSAN SWAIN, respectfully requests that this Court enter judgment on her behalf and against the Plaintiff, DANIEL HUNT, denying him the relief that he prays for in his Complaint, for costs, and any other relief the Court deems fit.

DEFENDANT DEMANDS A TRIAL BY JURY

## AFFIRMATIVE DEFENSES

NOW COMES the Defendant, SUSAN SWAIN, by her attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and pursuant to Federal Rule of Civil Procedure 8(b) and (c), this Defendant sets forth her Affirmative Defenses as follows:

1.  To the extent Plaintiff has failed to exhaust his administrative remedies, this Defendant is entitled to judgment as a matter of law.

2.  Based on the Complaint, it is not entirely clear that the Plaintiff seeks claims for monetary damages against Defendant, SUSAN SWAIN, who was allegedly involved with providing medical and/or correctional services to the Plaintiff at the Champaign County Correctional Center.  These claims are barred by qualified immunity.

DEFENDANT DEMANDS A TRIAL BY JURY.

SUSAN SWAIN, Defendant

s/ Keith E. Fruehling_____
Attorney for Defendant
ARDC #6216098
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
E-mail:  kfruehling@heylroyster.com

CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2015, I electronically filed the foregoing ANSWER PURSUANT TO MERIT REVIEW ORDER OF MAY 27, 2015, ADDRESSING PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Daniel D. Hunt, #A91041
Vandalia Correctional Center
Inmate Mail/Parcels
P.O. Box 500
Vandalia, IL  62471

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Mr. Daniel D. Hunt, #A91041
Vandalia Correctional Center
Inmate Mail/Parcels
P.O. Box 500
Vandalia, IL  62471

s/ Keith E. Fruehling
Attorney for Defendant
ARDC #6216098
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail:  kfruehling@heylroyster.com

28349251_1