E-FILED
Thursday, 07 January, 2016 02:07:34 PM
Clerk, U.S. District Court, ILCD

5590-2
KEF/tlp

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DANIEL D. HUNT, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 14-CV-2229 |
| DAN MADIGAN, et al., | ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL

NOW COME the pro se Plaintiff, DANIEL D. HUNT, and the Defendant, SUSAN SWAIN, by her attorney, Keith E. Fruehling of Heyl, Royster, Voelker & Allen, and hereby stipulate and agree that the above and foregoing cause of action of the Plaintiff, DANIEL D. HUNT, against Defendant, SUSAN SWAIN, be dismissed with prejudice, in bar of action, costs paid, cause of action satisfied. The Plaintiff expressly asserts that his cause of action against SUSAN SWAIN is dismissed outright and independent of any settlement with any other party defendant. No settlement proceeds have been paid on behalf of SUSAN SWAIN as a result of any allegations in the above-numbered case.

DANIEL D. HUNT, Plaintiff

BY: s/Daniel D. Hunt

SUSAN SWAIN, Defendant

BY: s/Keith E. Fruehling
ARDC #6216098
Heyl, Royster, Voelker & Allen
Suite 300
102 East Main Street
Urbana, IL 61801

29289352_1.DOCX

5590-2
KEF/tlp

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DANIEL D. HUNT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 14-CV-2229 |
| DAN MADIGAN, et al., | ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Upon the written Stipulation of the parties filed herein, it is hereby ordered that Defendant, SUSAN SWAIN, is hereby dismissed with prejudice in bar of action, costs paid, cause of action satisfied.

ENTERED:_____

_____
JUDGE

29279012_1.DOCX