5590-2
KEF/tlp

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DANIEL D. HUNT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 14-CV-2229 |
| ) | |
| DAN MADIGAN, et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION FOR DISMISSAL

NOW COME the pro se Plaintiff, DANIEL D. HUNT, and the Defendants, JUSTIN WILLMORE and DAN WALSH, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHAMPAIGN COUNTY SHERIFF, by their attorney, Keith E. Fruehling of Heyl, Royster, Voelker & Allen, and hereby stipulate and agree that the above and foregoing cause of action of the Plaintiff, DANIEL D. HUNT, against Defendants, JUSTIN WILLMORE and DAN WALSH, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHAMPAIGN COUNTY SHERIFF, be dismissed with prejudice, in bar of action, costs paid, cause of action satisfied.

| | |
|---|---|
| DANIEL D. HUNT, Plaintiff | JUSTIN WILLMORE and DAN WALSH, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHAMPAIGN COUNTY SHERIFF, Defendants |
| BY: s/Daniel D. Hunt | BY: s/Keith E. Fruehling |
| Daniel D. Hunt | Keith E. Fruehling |
| | Heyl, Royster, Voelker & Allen |
| | Suite 300 |
| | 102 East Main Street |
| | Urbana, IL 61801 |

29279015_1.DOCX